1036

No. 11–8748. RADER *v.* OGDEN CITY, UTAH. Ct. App. Utah. Certiorari denied.

No. 11–8858. LUCIO *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–8896. LEAVITT *v.* SAN JACINTO UNIFIED SCHOOL DISTRICT. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 11–8985. WALKER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–9036. JONES *v.* MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 11–9075. KELLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–9289. PHILLIPS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–9292. FRATTA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–9556. AGIM *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–9560. HEARRON *v.* MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 11–9561. GUERRERO *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–9563. HEARN *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 11–9564. HOOD *v.* KOON, WARDEN. Super. Ct. Chatham County, Ga. Certiorari denied.

No. 11–9570. RICHARD *v.* STEIB ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–9572. HERNANDEZ *v.* KENNEDY ET AL. C. A. 4th Cir. Certiorari denied.